UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,**
    *Plaintiff-in-Interpleader,*

v.

**LOURINE DAVIS-COOK, and JACLYN DAVIS,**
    *Interpleader-Defendants.*

C.A. No. 4:23-cv549

## COMPLAINT IN INTERPLEADER

Hartford Life and Accident Insurance Company files this Interpleader Complaint and avers as follows:

### I. JURISDICTION

1. This Court has federal question jurisdiction over this matter pursuant to 28 U.S.C. §1331 and 29 U.S.C. §1132(e), as the plan under which Defendants' claims for life insurance benefits arose is an employee welfare benefit plan that is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001, *et seq*.

### II. VENUE

2. Venue is appropriate in this district pursuant to 28 U.S.C. §1391 because one or more of the Defendants resides in this district and because a substantial part of the events giving rise to this claim occurred within this district.

### III. PARTIES

3. Hartford Life and Accident Insurance Company ("Hartford") is a Connecticut corporation with its principle place of business in Connecticut.

280002968v.2

4. Lourine Davis-Cook is an individual who is domiciled in Harris County, Texas.

5. Jaclyn Davis is an individual who is domiciled in Harris County, Texas.

## IV.
## STATEMENT OF FACTS

6. Hartford issued group life insurance policy number GL-715019 to Lowe's Companies, Inc. with effective date January 1, 2022 (the "Policy"). A true and correct copy of the Policy (and associated plan) is attached hereto as **Exhibit "A."**

7. As a benefit of his employment with Lowe's Companies, Inc. ("Lowe's"), Kenneth Davis was eligible for coverage under the Policy.

8. Mr. Davis died on August 21, 2022 with $10,000 of basic coverage and $62,000 in supplemental coverage under the Policy. Hartford paid the basic benefit as there was no dispute regarding the beneficiaries.

9. Prior to August 19, 2022, Mr. Davis had named Jaclyn Davis as his primary beneficiary for supplemental benefits with three contingent beneficiaries, including his sister, Lourine Davis-Cook.

10. On August 19, 2022, Mr. Davis designated Ms. Davis-Cook, as his primary beneficiary for the supplemental life benefits, via a phone call. A true and correct copy of the email received from Jeremy Jackson, of Alight Benefits Administration, describing the phone call is attached hereto as **Exhibit "B,"** along with the updated beneficiary designations.

11. Mr. Davis died on August 21, 2022. A true and correct copy of the Certificate of Death is attached hereto as **Exhibit "C."**

12. On September 20, 2022 (form misdated September 20, 2021), Lourine Davis-Cook submitted a claim for benefits under the Policy as a result of Mr. Davis's death. A true and correct copy of her Beneficiary Statement is attached hereto as **Exhibit "D."**

13. On October 17, 2022, Jaclyn Davis submitted a claim for benefits under the Policy as a result of Mr. Davis's death. A true and correct copy of her Beneficiary Statement is attached hereto as **Exhibit "E."** Jaclyn Davis challenges Mr. Davis's competency to change his beneficiary designation two days before his death.

## V.
## COUNT I – INTERPLEADER ACTION PURSUANT TO F.R.C.P. 22

14. Hartford incorporates the preceding paragraphs of this Complaint in Interpleader as if the same were set forth herein at length.

15. Rule 22 of the Federal Rules of Civil Procedure permits an action for interpleader if the Plaintiff is exposed to double or multiple liability as a result of competing claims.

16. The claims by Lourine Davis-Cook and Jaclyn Davis are conflicting.

17. Hartford is unable to determine the proper beneficiary under the Policy and is at risk of multiple liability due to the Defendants' competing claims.

18. Hartford is an innocent entity and has in no way colluded with any of the Defendants.

19. Hartford claims no interest in the benefits due, excepting only reasonable fees and costs requested below.

20. As a result of the continuing and conflicting claims, this Complaint in Interpleader is necessary to ensure that the life insurance proceeds are paid to the proper person.

21. Hartford has retained the services of attorneys for the purpose of protecting its interests arising out of the Defendants' actual and potential conflicting claims, and Hartford will be called upon to pay those attorneys for those services that they render in that regard. Hartford will also be compelled to incur costs and disbursements in the bringing of this action. Those

attorney's fees, costs and disbursements are and should be a legal charge upon the proceeds of the insurance benefits and should be repaid to Hartford out of said proceeds.

## VI.
## PRAYER

WHEREFORE, Hartford Life and Accident Insurance Company respectfully requests that this Court enter an Order:

>   (a) directing Hartford to deposit the life insurance proceeds, plus any applicable accrued interest, due under the Policy into the registry of this Court, until the issue of entitlement to the life insurance proceeds is adjudicated;
>
>   (b) discharging Hartford from any and all liability related to the life insurance proceeds due under the Policy;
>
>   (c) enjoining any parties, named or unnamed, from initiating any action against Hartford regarding the life insurance proceeds due under the Policy;
>
>   (d) awarding to Hartford its reasonable fees and costs in connection with this action; and
>
>   (e) any other relief that this Court deems equitable and just.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

By: */s/Linda P. Wills*
      Linda P. Wills
      State Bar No. 21661400
      S.D. Tex. No. 12566
      909 Fannin St., Suite 3300
      Houston, Texas 77010
      Tel:  (713) 353-2000
      Fax:  (713) 785-7780
      linda.wills@wilsonelser.com

**ATTORNEY-IN-CHARGE FOR INTERPLEADER PLAINTIFF**

5

                                 **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

**OF COUNSEL:**
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**
Michael F. Webb
State Bar No. 24118218
S.D. Tex. No. 3586792
909 Fannin St., Suite 3300
Houston, Texas 77010
Tel:  (713) 353-2000
Fax:  (713) 785-7780
michael.webb@wilsonelser.com

5